FILED

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0248

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0248

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JORY RUSSELL STRIZICH,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 10, 2021, within which to prepare, serve, and file the State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 9 2021